Argued May 18, affirmed May 18, 1971

## STATE OF OREGON, *Respondent, v.* LARRY DALE WARNER (No. 37831), *Appellant.*

484 P2d 1131

*Richard H. Renn,* Lebanon, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.